UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANDRA LAUREN WEIST,

    Plaintiff,

v.                                                           Case No.:  2:21-cv-768-SPC-NPM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## **ORDER**[1]

Before the Court is United States Magistrate Judge Nicholas P. Mizell's Report and Recommendation (R&R).  (Doc. 30).  Judge Mizell recommends granting in part Plaintiff Sandra Weist's Petition for EAJA Fees Pursuant to 28 U.S.C. § 2412(d).  (Doc. 24).  No party objects to the R&R, and the time to do so has expired.  So the R&R is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part," a magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1)(C).  In the absence of specific objections, there is no requirement that

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them.  The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

a district judge review the report and recommendation *de novo*. *See Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Instead, when parties do not object, a district court need only correct plain error as demanded by the interests of justice. *See, e.g., Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Thomas v. Arn*, 474 U.S. 140, 150-52 (1985). Plain error exists if (1) "an error occurred"; (2) "the error was plain"; (3) "it affected substantial rights"; and (4) "not correcting the error would seriously affect the fairness of the judicial proceedings." *Farley v. Nationwide Mut. Ins.*, 197 F.3d 1322, 1329 (11th Cir. 1999).

After careful consideration and an independent review of the case, the Court finds no plain error. So it accepts and adopts the R&R in full.

Accordingly, it is now

**ORDERED:**

United States Magistrate Judge Nicholas P. Mizell's Report and Recommendation (Doc. 30) is **ACCEPTED and ADOPTED,** and the findings incorporated herein.

1. Plaintiff Sandra Weist's Petition for EAJA Fees (Doc. 24) is **GRANTED in part**.

2. The Clerk is **DIRECTED** to amend the judgment to include a total award to Plaintiff of **$8,509.09** for attorney's fees, costs, and expenses. This award may be paid directly to Plaintiff's lawyer

if the United States Department of Treasury determines that no federal debt is owed by Plaintiff.

**DONE** and **ORDERED** in Fort Myers, Florida on October 13, 2022.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

3