# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**SANDRA LAUREN WEIST,**

    Plaintiff,

v.                                                                                     2:21-cv-768-NPM

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

---

## ORDER

Having obtained an award of benefits, Sandra Lauren Weist requests a fee award pursuant to 42 U.S.C. § 406(b). (Doc. 33). Section 406(b) allows an award of a reasonable fee—not to exceed twenty-five percent of the claimant's past-due benefits—for work performed before the court. And for the reasons stated in Weist's motion, the requested fee award is reasonable.

Accordingly, the unopposed fee motion (Doc. 33) is **GRANTED**, and the clerk is directed to amend the judgment in favor of Weist to include a fee award of $57,824.43.[1]

                                                **ORDERED** on March 11, 2024.

                                                NICHOLAS P. MIZELL
                                                United States Magistrate Judge

---

[1] Because Weist's counsel previously retained the $16,287.99 in fees awarded to Weist under the Equal Access to Justice Act ("EAJA"), they must refund the EAJA fees to Weist.